IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN**                                                              PLAINTIFF

v.                              No. 3:23-cv-16-DPM

**ROBIN LYNN QUICK, Owner,
On Q, Real Estate and Property
Management**                                                                       DEFENDANT

ORDER

1. Cothran's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on social security disability income.

2. The Court must screen his complaint. 28 U.S.C. § 1915(e)(2). Cothran received rental and utility assistance through the Arkansas Rent Relief Program. *Doc. 2.* He says that Quick fraudulently misappropriated rental funds sent on his behalf, resulting in his family losing their electricity on three separate occasions. He also says that Quick failed to return a $970 credit to him.

This Court lacks jurisdiction to hear this case. All parties are Arkansawyers, so there's no diversity jurisdiction over a fraud claim. 28 U.S.C. § 1332(a). And while the CARES Act provided the states with the necessary funds to create rental assistance programs, state governments were left to craft these programs and administer relief. GRANT A. DRIESEN ET AL., CONGRESSIONAL RESEARCH SERVICE, R46688,

PANDEMIC RELIEF: THE EMERGENCY RENTAL ASSISTANCE PROGRAM (10 January 2023), https://crsreports.congress.gov/product/pdf/R/R46688.  The CARES Act did not create a private right of action.  *Doc. 3 at 2* in *Jones v. United States*, No. 4:21-cv-377-DPM (E.D. Ark. 13 May 2021).  Fund recipients who suspect fraud must file a complaint with both the Office of the Inspector General and the local agency responsible for administering the rental assistance program.  Office of Inspector General, *Report Fraud, Waste, and Abuse*, https://oig.treasury.gov/report-fraud-waste-and-abuse (1 November 2023).  Because the case presents no basis for federal jurisdiction, the Court declines to exercise supplemental jurisdiction over Cothran's state law tort claim.  28 U.S.C. § 1367(c)(3); *McManemy v. Tierney*, 970 F.3d 1034, 1040–41 (8th Cir. 2020).  The Court will dismiss the case without prejudice.

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

1 November 2023
_____