# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CLINTELL COTHRAN**                                                    **PLAINTIFF**

**v.**                               **No. 3:23-cv-16-DPM**

**ROBIN LYNN QUICK, Owner,**
**On Q, Real Estate and Property**
**Management**                                                    **DEFENDANT**

## JUDGMENT

Cothran's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
1 November 2023